February 10, 2012

Mr. Peter Nolan
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701
Mr. Rance L. Craft
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 11-0855
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE NESTLE USA, INC., SWITCHPLACE, LLC, AND NSBMA, LP

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. The Motion
for Leave to File Relators' First Amended Petition granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Richard Bernard |
| |Farrer |
| |Mr. Gerald T. Sallier|
| | |
| |Mr. Keith Strama |